# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
## OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

May 25, 2016

_____

## PARTIAL RECORD REQUEST
_____

No. 16-10,    In re: Richard Jackson
1:00-cr-00074-MR-1

TO:  Frank G. Johns
UNITED STATES DISTRICT COURT
Western District of North Carolina
United States Courthouse Building
100 Otis Street
Room 309
Asheville, NC 28801-2611

PARTIAL RECORD DUE:  May 31, 2016

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Pre-Sentence Report**

If there is any problem with transmission of the partial record, please notify me.

RJ Warren, Deputy Clerk
804-916-2702