# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219


May 25, 2016


_____

## RESPONSE REQUESTED
_____


No. 16-10,    <u>In re: Richard Jackson</u>
             1:00-cr-00074-MR-1


TO:   Jeffrey B. Kahan
      Jill Westmoreland Rose

RESPONSE DUE: 05/31/2016

Response is required to the motion for authorization to file a successive habeas application on or before 05/31/2016.

RJ Warren, Deputy Clerk
804-916-2702